## IN THE MATTER OF VICENTE MUÑOZ, Bankrupt.

Ponce, Bankruptcy, No. 423.

Opinion filed May 4, 1923.

*V. Zayas Pizarro, Esq.,* for petitioning creditors.

*Mr. E. Flores Colon,* and *Sergio Gelpi, Esq.,* for bankrupt.

ODLIN, Judge, delivered the following opinion:

In this case on June 29, 1922, a verified petition in behalf of certain creditors of the bankrupt Vicente Muñoz sought a review of an order signed by the then referee in bankruptcy, Mr. Arturo Ortiz Toro, fixing and paying the sum of $1,200 as fees to the attorneys for the bankrupt.

This matter was called to the attention of this court and the attorneys for the bankrupt above named, E. Flores Colon and Sergio Gelpi, were notified to appear and show cause why such petition should not be acted upon by this court.

On this day there came before this court in Ponce, Mr. E. Flores Colon and Mr. Sergio Gelpi and filed a motion to dismiss, based upon the claim that the petition to review the order of the referee was filed out of time, according to the rules of this court, because the referee's order was signed on June 6, 1922, and the petition for review was not filed until the 29th of the same month, being twenty-three days later, and that, therefore, the court has no jurisdiction to consider this matter, and the said attorneys pray that the petition be dismissed.

The attention of this court has been called to Rule 88, adopted by the Honorable Peter J. Hamilton, former judge of this court, on March 2, 1914, which provides that a petition for review shall be filed with the referee in bankruptcy within twenty days from the decision complained of, or it shall be considered waived. This same rule also provides that the referee shall certify papers as provided by Bankruptcy Rule 27 within one week from the time such petition is filed with him. The

court finds an allegation in ¶ 5 of this petition that the action taken by the referee on June 6, 1922, was on the same date with the filing with the referee by the said attorneys of their own petition for the payment of their fees, and that the referee acted without calling any meeting of the creditors and without any hearing whatever and that he issued an order on his own motion granting to said attorneys the sum of $1,200 as their fees. If the allegations in ¶ 5 are true, I am satisfied that no provision of Rule 88 can operate to make valid the action taken by the referee, and for that reason I feel bound to deny the motion to dismiss, allowing an exception to the said attorneys E. Flores Colon and Sergio Gelpi, and I direct that they answer the said petition on or before May 14, 1923, and that said answer be filed with the clerk at San Juan, giving a copy thereof to Mr. V. Zayas Pizarro, counsel for the petitioning creditors.

Done and Ordered in Open Court at Ponce, Porto Rico, this 4th day of May, 1923.